> Stipulated dismissal with prejudice approved 7/21/16.
> s/ *James S. Gwin*
> JAMES S. GWIN
> UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| REAL GOOD TECHNOLOGIES, LLC ) | |
| ) | Case No. 1:15-cv-01079-JG |
| Plaintiff, ) | |
| ) | |
| v. ) | JUDGE JAMES S. GWIN |
| ) | |
| VICTORY SOLUTIONS LLC, ) | |
| ) | |
| Defendant. ) | |

**STIPULATED MOTION FOR
DISMISSAL WITH PREJUDICE**
(Proposed Order Attached)

Upon agreement of the Parties and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff, Real Good Technologies, Inc., and Defendant, Victory Solutions, LLC (collectively, the "Parties"), hereby move the Court to enter an Order dismissing this matter and all claims and counterclaims with prejudice.  The Parties agree that they will each pay their own costs and attorneys' fees.  The Parties further agree and request that the Court enter an Order retaining jurisdiction over the Parties' settlement of this matter to the extent applicable and necessary.  Upon the Court's request, a copy of the Parties' settlement agreement will be provided to the Court in chambers or filed under seal.

{02113035 - 1}